United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41133
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PARMENO BERNAL-FLORES, also known as Jaime
Gutierrez-Penaloza,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:03-CR-294-ALL
---------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Parmeno
Bernal-Flores has requested leave to withdraw from this appeal
and has filed a brief as required by <u>Anders v. California</u>, 386
U.S. 738 (1967). Bernal-Flores has received a copy of counsel's
motion and brief but has not filed a response. Our independent
review of the brief and the record discloses no nonfrivolous
issues for appeal. Counsel's motion for leave to withdraw is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. <u>See</u> 5TH CIR. R. 42.2.